AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.   DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
|  |  |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida
Miami Division



Joe Morford

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Maurizio Cattelan

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joseph Morford |
| Street Address | 1125 E. Broadway, #216 |
| City and County | Glendale |
| State and Zip Code | CA 91205 |
| Telephone Number | (818) 422-9263 |
| E-mail Address | joemorford@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name    Maurizio Cattelan
    Job or Title *(if known)*
    Street Address
    City and County    New York, NY
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

17 U.S. Code, Chapter 5 - COPYRIGHT INFRINGEMENT AND REMEDIES

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Joe Morford, is a citizen of the State of *(name)* California.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* Maurizio Cattelan, is a citizen of the State of *(name)* (resident of New York). Or is a citizen of *(foreign nation)* Italy.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
1. Profits from plagiarized work sold totaling $390,000.00.
2. Proftis from "artist proofs" sold to unidentified museums for an undisclosed amount.
3. All existing unknown profits generated from plagiarized work under this jurisdiciton.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff is seeking damages in the form of gross profit generated by the defendant totaling over $390K. This is the amount of money made from three (3) direct sales of the piece and two (2) "artist proofs" via Art Basel in Miami Beach [ATTACHMENT 1]. The defendant's piece "Comedian" is plagiarized from the plaintiff's original art "Banana & Orange" [Registration Number: VA0002223672]. As well the plaintiff seeks court costs and travel expenses regarding the prosecution of this case. The plaintiff maintains proof of origin, access and substantial/striking similarity.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff asks the court to order relief in the form of gross profit generated from the plagiarized work to be paid to the plaintiff. The defendant has sold, a minimum, of five (5) pieces totaling over $390K. The plagiarism continues presently in the form or merchandising and promotion. The plaintiff is suing for the profits generated that are attributable to the infringement. This is the amount of money made from three (3) direct sales of the piece via Art Basel in Miami Beach; plus two (2) "artist proofs" of the work for an undisclosed amount. As well the plaintiff seeks court costs, travel expenses and requests all infringing material be removed. [ATTACHMENT 2].

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/28/2020

Signature of Plaintiff

Printed Name of Plaintiff   Joe Morford

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# ATTACHMENT 1

## Statement of Claim

The defendant sold multiple sculptures and "artist proofs" of a work at Art Basel in Miami (December 2019)* which infringed on the plaintiff's copyright (VA0002223672):

### 1. Plagiarized Wall Sculpture, Sold
When: December 5 - 8, 2019
Purchaser: Sarah Andelman,
Where: Art Basel, Miami Beach
Amount: $120,000.00
Defendant illegally sold work which infringed on my copyright.

### 2. Plagiarized Wall Sculpture, Sold
When: December 5 - 8, 2019
Purchaser: Billy and Beatrice Cox
Where: Art Basel, Miami Beach
Amount: $120,000.00

### 3. Plagiarized Wall Sculpture, Sold
When: December 5 - 8, 2019
Purchaser: Anonymous
Where: Art Basel, Miami Beach
Amount: $150,000.00

### 4. Plagiarized "Artist Proof," Sold
When: December 5 - 8, 2019
One (1) Artist Prints for undisclosed amount
Purchaser: Unknown
Where: Art Basel, Miami Beach
Amount: Unknown

### 5. Plagiarized "Artist Proof," Sold
When: December 5 - 8, 2019
One (1) Artist Prints for undisclosed amount
Purchaser: Unknown
Where: Art Basel, Miami Beach
Amount: Unknown

### 6. Additional
Any of the defendant's additional profits not previously taken into account, which arose from the copyright infringement under the jurisdiction of this court.

# ATTACHMENT 2

## Relief

I am requesting ...
1. All gross profits attributable to the infringement be disclosed and awarded to me.
2. The cessation of sale, distribution and display of any infringing material.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-223-672

**Effective Date of Registration:**
January 25, 2020

**Registration Decision Date:**
November 19, 2020

---

## Title

**Title of Work:** Banana and Orange

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** January 01, 2000
**Nation of 1st Publication:** United States

## Author

- **Author:** Joe Morford
  **Author Created:** sculpture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Joe Morford
1125 E. Broadway, 216, Glendale, CA, 91205, United States

## Certification

**Name:** Joe Morford
**Date:** January 25, 2020

---

**Correspondence:** Yes

Page 1 of 1