UNITED STATES DISTRICT COURT
for the
Southern District Of Florida

FILED BY_____*PG*_____D.C.

APR 2 1 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| | | |
|---|---|---|
| _____Joe Morford_____ | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. ____1:21-cv-20039____ |
| | ) | |
| _____Maurizio Cattelan_____ | ) | |
| Defendant | ) | |

AFFIDAVIT OF SUM CERTAIN

STATE OF_____**California**_____

COUNTY OF__**Los Angeles**_____

PERSONALLY came and appeared before me, the undersigned Notary, the within named_____**Joe Morford**_____, who is a resident of __**Los Angeles**__ County, State of _____**California**_____, and makes this his/her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his/her knowledge:

**1.      According to published articles the defendant sold a total of five (5) pieces [3 sculptures/2 proofs] of the infringing work for a total of $690,000.00 (US).  The sources used for computation are New York Times, Wall Street Journal and Public Broadcasting Service.  The relevant information is attached to this affidavit as "Sum Certain Sources" list with referenced publication, author, date, time, relevant statement(s) and associated links.**

DATED this the 20 day of APRIL , 20 21 .

_____
Signature of Affiant

SWORN to subscribed before me, this ____30____ day April , 20 21 .

_____
NOTARY PUBLIC
please see attachment

My Commission Expires:
_9/17/13_____

# CALIFORNIA NOTARIAL CERTIFICATE
## (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this _30_ day of _April_ ,
20_21_ , by _Joe Munford_ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____.          (Seal)

NESTOR G. MENJIVAR
COMM. # 2306383
NOTARY PUBLIC ● CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. SEPT. 27, 2023

Copyright © 20__ NotaryRocket.MadeSimple.com  All Rights Reserved

# CERTIFICATE OF SERVICE

Civil Action No. _____1:21-cv-20039_____

I, Joe Morford, certify that I have sent a true and correct copy of this motion for entry to the following party via U.S. Mail, postage prepaid and addressed as follows:

**Maurizio Cattelan**
**263 9th Ave., #9C,**
**New York, NY 10001**

Signature: _____   Date: _____04/20/2021_____

ORIGIN ID:JGXA   (818) 422-9263
JOSEPH MORFORD

1125 E BROADWAY APT 216

GLENDALE, CA 91205
UNITED STATES US

SHIP DATE: 20APR21
ACTWGT: 0.30 LB
CAD: 6991398/SSF02201

BILL CREDIT CARD

TO  US DIST. COURT , S. DIST.
OF FLORIDA  CLERKS OFFICE
400 N MIAMI AVENUE ,8TH FLOOR

MIAMI FL 33128

(000) 000-0000          REF:
INV:
PO:                          DEPT:

U.S.M.S.
INSPECTED
BY:_____



FedEx
Express

E

WED – 21 APR 10:30A
PRIORITY OVERNIGHT

TRK# 7862 2202 7207
0201

XH MPBA

33128
FL-US   MIA

