<div style="text-align:center">

UNITED STATES DISTRICT COURT
for the
Southern District Of Florida
Miami Division

</div>

FILED BY __PG__ D.C.

APR 21 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| | |
|---|---|
| ____Joe Morford____ ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. ___1:21-cv-20039___ |
| ) | |
| ____Maurizio Cattelan____ ) | |
| Defendant ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

1. I am the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were served upon the defendant on 03/17/2021.

3. An answer to the complaint was due on 04/07/2021. No response was served within the time allowed by law nor has the defendant sought additional time within which to respond.

4. The default of defendant was entered on 04/12/2021.

5. As required by the Civil Relief Act, 50 U.S.C. app. § 521(b), I have confirmed that the defendant is not currently in active military service.

6. To my best information and belief, defendant is not an infant or incompetent person.

7. The claim of the plaintiff is for: 1) Gross Profits of $690,000.00 (US); 2) Injunctive Relief in the form of the cessation of sale, distribution and display of any infringing material; and all verified Court Costs.

<div style="text-align:right">

_____
Joe Morford, Pro Se

</div>

<div style="text-align:center">

UNITED STATES DISTRICT COURT
for the
Southern District Of Florida
Miami Division

</div>

|  |  |
|---|---|
|     Joe Morford     <br> Plaintiff <br> <br>v. <br> <br>    Maurizio Cattelan     <br> Defendant | ) <br> ) <br> ) <br> ) <br> )   Civil Action No.    1:21-cv-20039 <br> ) <br> ) <br> ) |

## DEFAULT JUDGMENT

The defendant, Maurizio Cattelan, having failed to appear, plead or otherwise defend in this action, and default having been entered on 04/12/2021, and plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b); Judgment is hereby entered in favor of plaintiff Joe Morford and against defendant Maurizio Cattelan, as follows:

1) Gross Profits of $690,000.00 (US); 2) Injunctive Relief in the form of the cessation of sale, distribution and display of any infringing material; and 3) all verified Court Costs.

Plus interest on the judgment at the legal rate until the judgment is satisfied.

<div style="text-align:right">

_____
United States District Judge

</div>

Case 1:21-cv-20039-RNS   Document 24   Entered on FLSD Docket 04/21/2021   Page 3 of 3

