UNITED STATES DISTRICT COURT
for the
Southern District Of Florida
Miami Division

```
FILED BY_____D.C.

   MAR 2 4 2022

   ANGELA E. NOBLE
   CLERK U.S. DIST. CT.
   S. D. OF FLA. - MIAMI
```

| | | |
|---|---|---|
| _____Joe Morford_____ | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. _____1:21-cv-20039_____ . |
| | ) | |
| _____Maurizio Cattelan_____ | ) | |
| Defendant | ) | |

## MOTION FOR DISQUALIFICATION

I, Joe Morford, Plaintiff in the above, request the referring judge, Jonathan Goodman, be removed from my case. It has come to my attention, today, that Defense Counsel, Julie Elizabeth Nevins, is a lawyer who previously practiced law with United States Magistrate Judge, Jonathan Goodman. This includes being co-counsel in significant litigation at a law firm named "Akerman Senterfitt" on at least one case entitled "Alphamed Pharmaceuticals v. Arriva Pharmaceuticals".

**Under F. S. § 38.10, I fear that, because of the assigned judge's bias I will not receive a fair trial.** Obviously, having been co-workers at a law firm and co-counsel on at least one major case, this connection is more than simply an idle social media contact.

I believe the stated association demonstrates that any reasonable person in my position would have a well-founded, objectively legitimate fear that they will not receive a fair trial; as such I am requesting relief.

The following was made in good faith.

Dated: _____02/23/22_____

Respectfully submitted,

_____

Joe Morford, Pro Se

EX OFF