United States District Court<br>
for the<br>
Southern District of Florida

| | |
|---|---|
| Joe Morford, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-20039-Civ-Scola |
| | ) |
| Maurizio Cattelan, Defendant. | ) |

### Order Adopting Magistrate Judge's Report and Recommendation

On December 13, 2021, the Court referred the Defendant's motion to set aside clerk's default to United States Magistrate Judge Jonathan Goodman, consistent with 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of the Local Magistrate Judge Rules. On March 22, 2022, Judge Goodman issued a report, recommending that the Court grant the motion to set aside default. (Report of Magistrate, ECF No. 39.) No party filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation. (**ECF No. 39**.) The Court **grants** the Defendant's motion to set aside default (**ECF No. 31**) and **sets aside** the Clerk's default entered in this case (**ECF No. 19**). The Court orders the Defendant to respond to the complaint on or before **May 6, 2022**.

**Done and ordered**, at Miami, Florida, on April 8, 2022.

Robert N. Scola, Jr.
United States District Judge