UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:21-cv-20039-RNS

JOE MORFORD,

    Plaintiff,

vs.

MAURIZIO CATTELAN,

    Defendant.

_____/

**JOINT DISCOVERY PLAN AND CONFERENCE REPORT**

Plaintiff Joe Morford and Defendant Maurizio Cattelan respectfully submit this Joint Discovery Plan and Conference Report pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16.1, and the Courts Scheduling Order and Order of Referral to Mediation dated June 14, 2022 (ECF No. 54).

    **A.**    **Likelihood of Settlement**

At this time, settlement prospects are unknown. The parties agree to communicate in good faith regarding settlement opportunities.

    **B.**    **Likelihood of Appearance of Additional Parties**

At this time, the parties do not anticipate the appearance of additional parties. Should any party seek to additional parties, the party will seek leave consistent with the Court's deadlines.

    **C.**    **Proposed Time Limits**

The time limits are set forth in the schedule set by the Court in the Scheduling Order and Order of Referral to Mediation dated June 14, 2022 (ECF No. 54).

    **D.**    **Proposals for the Formulation and Simplification of Issues:**

None at this time other than as set forth herein.

**E.     Necessity or Desirability of Amendments to the Pleadings**

The parties are not aware of a need to amend the pleadings at this time.

**F.     Possibility of Obtaining Admission of Fact and of Documents, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information or Things, and the Need for Advance Rulings From the Court on Admissibility of Evidence**

The parties agree to confer in good faith at the appropriate juncture regarding possible evidentiary stipulations.

**G.     Avoidance of Unnecessary Proof and Cumulative Evidence**

The parties agree to confer in good faith at the appropriate juncture to avoid unnecessary proof and cumulate evidence.

**H.     Suggestions on the Advisability of Referring Matters to Magistrate Judge or Master**

Other than discovery-related matters, the parties do not consent to have matters referred to the Magistrate Judge or a special master.

**I.     Preliminary Estimate of the Time Required for Trial**

The parties estimate they will need 3 -5 days for trial.

**J.     Requested Dates for Conferences Before Trial, a Final Pretrial Conference, and Trial**

    **Trial:**                              May 22, 2023 (ECF. No. 54).

    **Final Pre-Trial Conference:**  May 18, 2023

**K.     Any Issues About: (i) Disclosure, Discovery, or Preservation of Electronically Stored Information; (ii) Claims of Privilege or of Protection as Trial-Preparation Materials; and (iii) When the Parties Have Agreed to Use the ESI Checklist Available on the Court's Website (www.flsd.uscourts.gov), Matters Enumerated on the ESI Checklist**

The parties do not anticipate any disputes concerning the disclosure, discovery or preservation of ESI or that an agreement to use the Court's ESI checklist will be necessary.

Defendant anticipates that discovery will yield documents that are confidential and/or protected by privilege or immunity. The parties intend to enter into a confidentiality and non-waiver agreement and to seek entry of a stipulated protective order to facilitate discovery of confidential information and to address the inadvertent disclosure of information protected by privilege or immunity.

L.     **Other Information that Would be Helpful to the Court in Setting the Case for Status or Pretrial Conference.**

The parties are not aware of additional information at this time.

Dated: June 22, 2022

Respectfully submitted,

| Plaintiff | Counsel for Defendant |
|---|---|
| */s/ Joe Morford* <br> **Joe Morford, Pro Se** <br> 1125 E. Broadway, #216 <br> Glendale, CA  91205 <br> (818) 422-9263 <br> joemorford@gmail.com | **STROOCK & STROOCK & LAVAN LLP** <br> 200 South Biscayne Blvd. <br> Suite 3100 <br> Miami, FL 33131 <br> Telephone: (305) 358-9900 <br><br> */s/ Julie Nevins* <br> **Julie Nevins** <br> Florida Bar Number 182206 <br> jnevins@stroock.com <br> **Adam Hoock** <br> Florida Bar Number: 118264 <br> ahoock@stroock.com <br><br> **KANE KESSLER, P.C.** <br> Adam Cohen, Esq. (*admitted pro hac vice*) <br> Dana Susman, Esq. (*admitted pro hac vice*) <br> 600 Third Avenue <br> New York, NY 10016 <br> acohen@kanekessler.com <br> dsusman@kanekessler.com |