UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:21-cv-20039-RNS

JOE MORFORD,

 Plaintiff,

vs.

MAURIZIO CATTELAN,

 Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant Maurizio Cattelan ("Defendant"), by and through his undersigned attorneys, hereby submits the following Answer and Affirmative Defenses to the Complaint of plaintiff Joe Morford ("Plaintiff") [ECF No. 1]:

 1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph I.A. of the Complaint and therefore denies same.

 2. Defendant admits the allegations set forth in Paragraph I.B. of the Complaint, except denies that Defendant's place of residence is New York, New York.

 3. The allegations set forth in Paragraphs II., II.A. and II.B. state legal conclusions to which no response is required.  To the extent a response is required, Defendant denies same.

 4. Defendant denies each and every allegation set forth in Paragraph III of the Complaint, including each and every allegation set forth in Attachment 1 to the Complaint.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Attachment 2 to the Complaint and therefore denies same.

6. Defendant denies each and every allegation set forth in Paragraph IV of the Complaint.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph V of the Complaint.

8. Any allegation not specifically admitted herein is denied.

**FIRST AFFIRMATIVE DEFENSE**

9. The Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

10. Plaintiff's claims are barred by the doctrines of waiver and estoppel.

**THIRD AFFIRMATIVE DEFENSE**

11. Plaintiff's claims are barred by the doctrine of laches.

**FOURTH AFFIRMATIVE DEFENSE**

12. Plaintiff's claims are barred by the doctrine of unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

13. Plaintiff's claims are barred by the relevant statute of limitations.

**SIXTH AFFIRMATIVE DEFENSE**

14. Plaintiff's claims are barred for failure to join an indispensable party.

**SEVENTH AFFIRMATIVE DEFENSE**

15. Plaintiff's claims are barred by the doctrine of fair use.

**EIGHTH AFFIRMATIVE DEFENSE**

16. Plaintiff's claims are barred by the doctrine of merger.

### NINTH AFFIRMATIVE DEFENSE

17. Plaintiff's claims are barred by the doctrine of scenes a faire.

### TENTH AFFIRMATIVE DEFENSE

18. Plaintiff is not entitled to recover on his purported copyright claim because the asserted copyright is invalid and/or unenforceable.

### ELEVENTH AFFIRMATIVE DEFENSE

19. The copyright asserted in the Complaint is invalid in whole or in part because its subject matter is a useful article, namely duct tape, and items appearing in nature, namely oranges and bananas.

### TWELFTH AFFIRMATIVE DEFENSE

20. Plaintiff's claims for copyright infringement fail because Plaintiff cannot establish that Defendant had the requisite access to Plaintiff's work, *Banana & Orange,* before Defendant created his work, *Comedian.*

### THIRTEENTH AFFIRMATIVE DEFENSE

21. The copyright alleged in the Complaint is invalid for failure to meet one or more of the requirements of the United States Copyright Act, including, but not limited to, the requisite degree of originality required by Section 102 of the United States Copyright Act.

### FOURTEENTH AFFIRMATIVE DEFENSE

22. Plaintiff's claims for copyright infringement fail because Defendant independently created his work, *Comedian*, without knowledge of or reference to Plaintiff's work, *Banana & Orange*.

### FIFTEENTH AFFIRMATIVE DEFENSE

23. Plaintiff's claim for statutory damages and/or attorneys' fees, if any, are barred, because Plaintiff did not register the copyright for his work, *Banana & Orange,* prior to the creation and/or exhibition of Defendant's work, *Comedian.*

### SIXTEENTH AFFIRMATIVE DEFENSE

24. Plaintiff's claims are barred by the doctrine of judicial estoppel.

### SEVENTEENTH AFFIRMATIVE DEFENSE

25. To the extent that Defendant would be liable to Plaintiff for infringement of any valid copyright, such infringement was and is innocent and not willful. Defendant, at all times, acted in good faith.

### EIGHTEENTH AFFIRMATIVE DEFENSE

26. This Court lacks subject matter jurisdiction because Plaintiff does not have any valid copyright.

### NINETEENTH AFFIRMATIVE DEFENSE

27. In addition to the foregoing defenses, Defendant retains the right to amend his Answer to raise additional affirmative and other defenses or pursue any available counterclaims against Plaintiffs.

**WHEREFORE**, Defendant respectfully requests that the Court enter judgment that the Complaint be dismissed in its entirety with prejudice and that Defendant be awarded such other and further relief as the Court deems just and proper.

Dated: August 9, 2022

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard
Suite 3100
Miami, Florida 33131
Tel: (305) 358-9900
Fax: (305) 789-9302

By: /s/ Julie E. Nevins
    Julie E. Nevins, Esq.
    Florida Bar Number: 182206
    jnevins@stroock.com
    asantiesteban@stroock.com
    Adam R. Hoock, Esq.
    Florida Bar Number: 118264
    ahoock@stroock.com

KANE KESSLER, P.C.
Adam Cohen, Esq. (*admitted pro hac vice*)
Dana Susman, Esq. (*admitted pro hac vice*)
600 Third Avenue
New York, NY 10016
acohen@kanekessler.com
dsusman@kanekessler.com

*Attorneys for Defendant Maurizio Cattelan*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties and counsel of record.

By: /s/ Julie E. Nevins