UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:21-cv-20039-RNS

JOE MORFORD,

    Plaintiff,

vs.

MAURIZIO CATTELAN,

    Defendant.

_____/

FILED BY ___ D.C.
APR 27 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY CASE PENDING THE COURT'S RESOLUTION OF THE PARTIES' SUMMARY JUDGMENT MOTIONS

The plaintiff does not object to the defendant's Motion to Stay (ECF 98).

Dated: April 25, 2023

Respectfully submitted,

Joe Morford, Pro Se
1125 E Broadway #216
Glendale, CA 91205
(818) 422-9263
joemorford@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2023 I mailed the foregoing to the Clerk of the Court, which will send a notice of electronic filing to all parties and counsel of record.

By: _____

1125 E. Broadway #216
Glendale, CA 91205
(818) 122-9263
joemorford@gmail.com

Case 1:21-cv-20039-RNS Document 100 Entered on FLSD Docket 04/28/2023 Page 3 of 3

