United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Joe Morford, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-20039-Civ-Scola |
| | ) | |
| Maurizio Cattelan, Defendant. | ) | |

### Order Granting Motion to Stay Case Deadlines Pending Ruling on Motions for Summary Judgment

This matter comes before the Court on the Defendant's Motion to Stay Case Pending Resolution of the Parties' Summary Judgment Motions (Mot. to Stay, ECF No. 98.) The Plaintiff has responded, stating that he does not oppose the motion to stay. (Resp., ECF No. 100.) Upon consideration of the motion, and the Court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion to stay is **granted**. (**ECF No. 98**.)
2. The case, including all deadlines, is **stayed** pending resolution of the parties' motions for summary judgment. (ECF Nos. 79, 81.)
3. The Clerk is **directed** to administratively **close** this case during the pendency of the stay. Any party may move to reopen this matter should an issue arise during the pendency of the motions for summary judgment.

**Done and ordered** in Miami, Florida, on April 28, 2023.

_____
Robert N. Scola, Jr.
United States District Judge