United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Joe Morford, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-20039-Civ-Scola |
| | ) |
| Maurizio Cattelan, Defendant. | ) |

### Judgment

The Court has entered summary judgment. (Order, ECF No. 103.) The Court now enters judgment in favor of the Defendant, Maurizio Cattelan, and against the Plaintiff, Joe Morford, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** in Miami, Florida, on June 12, 2023.

_____
Robert N. Scola, Jr.
United States District Judge